UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM KNOWLES, CHARLES NEFF, and SCOTT VIADOCK, : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:19-2115 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| EXETER TOWNSHIP and SUPERVISOR DANIEL FETCH, : In his individual capacity, | |
| : | |
| Defendants | |

### ORDER

Presently before the court is correspondence for the plaintiffs indicating their desire to continue in this case *pro se* following withdrawal of their counsel. (Doc 56). The clerk has noted this change on the docket and all future correspondence in this case is to be served upon the three plaintiffs at their individual addresses as note on the docket. The court notes that because of the unusual posture of this case and the plaintiffs' former attorney's suspension, the motion to extend discovery deadlines (Doc. 39) was never resolved. Despite that fact, the defendants' motion for summary judgement is ripe and has been fully briefed by all counsel before plaintiff's counsel's withdrawal. (see DOC. 43, 44, 45, 49, 50 & 51).

However, in order to assure all parties the proper time to complete appropriate pre-trial matters, including depositions, the case management deadlines will be extended as follows: Discovery until **January 27, 2023**. Expert Reports will be extended for the Plaintiffs until **February 10, 2023**; for the Defendants **March 3, 2023**; and, supplementations by any party to **March 17, 2023**. Expert discovery to **March 31, 2023**. Dispositive motions until **April 14, 2023.**

In the interim, the ripe motion for summary judgement (Doc. 43) with be **stayed** pending the completion of the extended case management dates. If after discovery, the parties wish to stand on their previously filed motion and briefs, they should notify the court at that time. If the parties wish to file (a) new motion(s) for summary judgement, they will supersede the previously filed motion and must be complete in and of themselves without reference to the previously filed documents.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 22, 2022**
19-2115-10